# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Dennis C. Elwess,<br><br>　　　　　　Respondent. | No. CV-13-02285-PHX-GMS<br><br>**ORDER** |

This matter is before the Court on the United States' Petition to Enforce Internal Revenue Service Summons (Doc. 1) filed on June 3, 2013.  A show-cause hearing was held in this matter on November 8, 2013, and the Respondent failed to appear.  Based upon the petition filed by the United States, the pleadings with respect thereto, and the show-cause hearing, and good cause appearing,

**IT IS HEREBY ORDERED** that enforcement of the Summons issued to and served on Respondent Dennis Elwess on August 1, 2013, is granted based upon the United States having met the criteria for summons enforcement as set forth in *United States v. Powell*, 379 U.S. 48 (1964), the show-cause hearing held on November 8, 2013, and Mr. Elwess' failure to demonstrate that enforcement of the Summons would constitute an abuse of the Court's process or that the Summons was issued by the Internal Revenue Service for an improper purpose.

**IT IS FURTHER ORDERED** that Mr. Elwess shall immediately and fully comply with the Summons by providing all testimony, documents, and information identified in the Summons to Revenue Officer Clint Leon at 4041 N. Central Avenue, MS 5118 PHX 1822, Phoenix, Arizona 85012-3330, no later than Friday, **November 29, 2013**.

**IT IS FURTHER ORDERED** that Mr. Elwess's non-compliance with the terms and conditions of this Order Enforcing Summons may serve as grounds for a finding of **civil contempt** against him.

Dated this 13th day of November, 2013.

_A. Murray Snow_
G. Murray Snow
United States District Judge