JOHN S. LEONARDO
United States Attorney
District of Arizona

TODD F. LANG
Assistant U.S. Attorney
Arizona State Bar No. 018455
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500
Facsimile:  602-514-7760
Email: todd.lang@usdoj.gov

*Attorneys for the United States of America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CV-13-02285-PHX-GMS |
| Petitioner, | |
| v. | **NOTICE OF SERVICE OF ORDER** |
| Dennis C. Elwess, | |
| Respondent. | |

NOTICE IS HEREBY GIVEN that on November 13, 2013, Petitioner, by and through the undersigned attorney, sent its Order Enforcing Summons by mailing same to:

Dennis C. Elwess
20298 E. Poco Calle
Queen Creek, Arizona 85142

Respectfully submitted this 13th day of November, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Todd F. Lang*
TODD F. LANG
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 13th day of November, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and caused a copy to be served by United States mail, on the following individual, who is not a registered participant of the CM/ECF System, at the following address:

Dennis C. Elwess
20298 E. Poco Calle
Queen Creek, Arizona 85142

*s/Melissa Beickert*
U.S. Attorney's Office